**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**KIRA GANTZ,**

      **Plaintiff,**

                                                **Civil Action 2:19-cv-4170
Chief Judge Algenon L. Marbley**
**v.**                                             **Magistrate Judge Chelsey M. Vascura**

**BOB EVAND RESTAURANTS, LLC,**

      **Defendant.**

**NOTICE**

**PROCEEDING:**     **PRELIMINARY PRETRIAL CONFERENCE**

**PLACE:**              **ROOM 172**
                         Joseph P. Kinneary U.S. Courthouse
                         85 Marconi Blvd.
                         Columbus, OH 43215

**DATE/TIME:**      **OCTOBER 9, 2019 at 4:00 P.M.**

**PLEASE NOTE:**

1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference.

2. The required form can be found on the Court's website, www.ohsd.uscourts.gov  Click on "Forms" and then select "Rule 26(f) Report of the Parties (Eastern Division Only)."  **Please Note: The Rule 26(f) Report for the Eastern Division has changed.   Please ensure that you are using the correct form.**

3. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

4. If all parties agree, the conference may be conducted by telephone. To initiate the conference, counsel are directed to join together on one line and then call the Court at 614-719-3410, or provide the Court with a single conference line number where all parties can be reached.   Prior to the scheduled date and time, counsel shall notify the undersigned that the conference will be by telephone and/or indicate this preference in the Rule 26(f) Report.

                                                                  /s/ *Allison Moran*
                                                     Allison Moran, Courtroom Deputy
                                                     Allison_Moran@ohsd.uscourts.gov
                                                     614-719-3410