**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

 **KIRA GANTZ**            ,

    **Plaintiff,**

              **Civil Action  2   :19-cv- 04170**
   **v.**          **Judge  Algenon L. Marbley**
              **Magistrate Judge Chelsey M. Vascura**

 **BOB EVANS RESTAURANTS, LLC   ,**

    **Defendant.**

**RULE 26(f) REPORT**

  Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held on September 30, 2019 and was attended by:

 James J. Hux, counsel for plaintiff(s) Kira Gantz                                        ,

 Jocelyn M. Hoffman, counsel for defendant(s) Bob Evans Restaurants, LLC,

 Jonathan Ross Vaughn, counsel for defendant(s) Bob Evans Restaurants, LLC,

Counsel represent that, during the meeting, they engaged in a meaningful attempt to meet and confer on the matters outlined below.

1. CONSENT TO MAGISTRATE JUDGE

Do the parties consent to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c)?

_____Yes  **X**___No

2. INITIAL DISCLOSURES

Have the parties agreed to make initial disclosures?

**X**___Yes  _____No  _____The proceeding is exempt under Rule 26(a)(1)(B)

If yes, such initial disclosures shall be made by October 30, 2019.

3.      <u>VENUE AND JURISDICTION</u>

Are there any contested issues related to venue or jurisdiction?

_____Yes       **X**___No

If yes, describe the issue:

If yes, the parties agree that any motion related to venue or jurisdiction shall be filed by
_____.

4.      <u>PARTIES AND PLEADINGS</u>

 a. The parties agree that any motion or stipulation to amend the pleadings or to join additional parties shall be filed by__ December 1, 2019_____.

 b. If the case is a class action, the parties agree that the motion for class certification shall be filed by_____.

5.      <u>MOTIONS</u>

 a. Are there any pending motion(s)?

  _____Yes       **X**___No

  If yes, indicate which party filed the motion(s), and identify the motion(s) by name and docket number:

 b. Are the parties requesting expedited briefing on the pending motion(s)?

  _____Yes       _____No

  If yes, identify the proposed expedited schedule:

  Opposition to be filed by_____; Reply brief to be filed by_____.

6.      <u>ISSUES</u>

Jointly provide a brief description of case, including causes of action set forth in the complaint, and indicate whether there is a jury demand:

Plaintiff Gantz alleges in her complaint that she was discriminated against by her former employer and its agents after she gave birth to a child.   Gantz alleges the discrimination occurred by   failing to provide her with an area to express breast milk in violation of the FLSA, gender discrimination/pregnancy discrimination, and retaliating against Gantz after she complained about discrimination.  There are counts of FLSA violation, gender discrimination, and retaliation.  Gantz

2

has also made a jury demand.  Defendant denies all of Plaintiff's allegations.

7.    DISCOVERY PROCEDURES

    a.   The parties agree that all discovery shall be completed by **June 30, 2020**_.  The parties to schedule their discovery in such a way as to require all responses to discovery to be served prior to the cut-off date, and to file any motions relating to discovery within the discovery period unless it is impossible or impractical to do so.  If the parties are unable to reach an agreement on any matter related to discovery, they are directed to arrange a conference with the Court.  To initiate a telephone conference, counsel are directed to join together on one line and then call the Magistrate Judge's chambers or provide the Court with a call -in number.

    b.   Do the parties anticipate the production of ESI?_____Yes___**X**___No

        If yes, describe the protocol for such production:

    c.   Do the parties intend to seek a protective order or clawback agreement? **No**

        If yes, such order or agreement shall be produced to the Court by_____.

8.    DISPOSITIVE MOTIONS

    a.   Any dispositive motions shall be filed by **July 30, 2020**.

    b.   Are the parties requesting expedited briefing on dispositive motions?

        _____Yes        **X**___No

        If yes, identify the proposed expedited schedule:

        Opposition to be filed by_____; Reply brief to be filed by_____.

9.    EXPERT TESTIMONY

    a.   Primary expert reports must be produced by May 1, 2020.

    b.   Rebuttal expert reports must be produced by June 1, 2020.

10.    SETTLEMENT

Plaintiff(s) will a make a settlement demand by October 2, 2019.    Defendant will respond by October 16, 2019. The parties agree to make a good faith effort to settle this case. The parties understand that this case will be referred to an attorney mediator, or to the Magistrate Judge, for a settlement conference. The Court refers cases to settlement throughout the year.  The parties request the following month and year:

        _____July_____ 20_20__

4

In order for the conference to be meaningful, the parties agree to complete all discovery that may affect their ability to evaluate this case prior to the settlement conference. The parties understand that they will be expected to comply fully with the settlement conference orders which require, *inter alia*, that settlement demands and offers be exchanged prior to the conference and that principals of the parties attend the conference.

11.     RULE 16 PRETRIAL CONFERENCE

Do the parties request a scheduling conference?

_____Yes, the parties would like a conference with the Court prior to it issuing a scheduling order.   The parties request that the conference take place _____ in chambers_____by telephone.


**X** No, a conference is not necessary; the Court may issue a scheduling order after considering this Report.

12.     OTHER MATTERS

Indicate any other matters for the Court's consideration:

**None at this time.**

Signatures:

Attorney for Plaintiff(s):                          Attorney for Defendant(s):

s// James J. Hux                                     s// Jonathan Ross Vaughn
Counsel for _____         Counsel for Bob Evans
Kira Gantz                                             Bar #
Bar #                                                     0022897
0092992
_____                      _____


_____                     s//Jocelyn M. Hoffman
Counsel for _____         Counsel for Bob Evans
Bar #                                                     Bar #
                                                            0092365
_____                      _____


_____                     _____
Counsel for _____         Counsel for _____
Bar #                                                     Bar #
_____                      _____


Date: _____